AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN MCKENDRICK, | Case No. 2:25-cv-00397-JAD-EJY |
| Plaintiff, | |
| v. | **Stipulation and Order Dismissing Case** |
| MERIT AVRAM, et al, | ECF No. 11 |
| Defendants. | |

Plaintiff, Sean McKendrick, pro se, and Defendants, Doe NP, Mirit Avram, and Benedicto Gutierrez, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 1st day of May, 2026.

DATED this 1st day of May, 2026.

AARON D. FORD
Attorney General

By: _____
Sean McKendrick #84624
*Plaintiff, Pro se*

By: /s/ Samuel L. Pezone, Jr.
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 11]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 2, 2026